**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re: MICHELE NICOLE DURHAM,

    Debtor,　　　　　　　　　　　Ch. 7 Case No. 2:22bk00990-FMD

_____/

MICHELE NICOLE DURHAM,

    Plaintiff,

v.　　　　　　　　　　　　　　　Adv. Pro. No. 2:23ap00028-FMD

UNITED STATES OF AMERICA
DEPARTMENT OF EDUCATION,

    Defendant.

_____/

***Joint Motion to Continue Stay***

Debtor-Plaintiff and Defendant ask the Court to extend the stay for ninety days.

As explained in the original Motion (Doc. 11) and the parties' Status Report (Doc. 16), they are working through the student loan attestation process. And Debtor-Plaintiff's attestation will be provided for Defendant today or tomorrow. At that point, Defendant will need time to review the documentation—both with local counsel and at the Department of Education. Defendant estimates that process will take around ninety days.

For those reasons, the Court should grant the Motion and continue the stay for ninety (90) days.

## Conferral Certification

Defendant and Debtor-Plaintiff conferred by phone on this Motion. The parties agree to the relief sought.

Date: February 20, 2024                                             Respectfully submitted,

                                                                ROGER B. HANDBERG
                                                                United States Attorney

                                                                _____
                                                                Kevin R. Huguelet
                                                               Assistant United States Attorney
                                                              Kevin.Huguelet@usdoj.gov
                                                              Florida Bar Number 125690
                                                             2110 First Street, Suite 3-137
                                                             Fort Myers, Florida 33901
                                                             Phone: (239) 461-2237